# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. **06 - CV - 01552** ~Baß

**(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

AUG - 8 2006

GREGORY C. LANGHAM
CLERK

GAYLON R. DAHN,

    Applicant,

v.

R. WILEY, Warden,

    Respondent.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

---

Applicant Gaylon R. Dahn has submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, and an Applicant's Memorandum In Support of Application for a Writ of Habeas Corpus Pursuant to 18 U.S.C. §2241. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are in proper form. Therefore, the clerk of the court will be directed to commence a civil action. Applicant also has tendered the $5.00 filing fee. The clerk of the court will be directed to mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. Accordingly, it is

ORDERED that the clerk of the court commence this civil action. It is

FURTHER ORDERED that the clerk of the court mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this 4th day of August _____, 2006.

BY THE COURT:

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06 - CV - 01552 - BNB

Gaylon R. Dahn
Reg. No. 07356-088
FPC – Florence
PO Box 5000
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and a receipt for the full $5.00 filing fee** to the above-named individuals on _8-8-06_

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk