**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 06-cv-01552-REB-BNB

GAYLOR R. DAHN,

    Applicant,

v.

R. WILEY, Warden,

    Respondent.

---

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

    The matter before me is the **Recommendation and Order of United States Magistrate Judge** [#12], filed June 19, 2008. No objections to the recommendation have been filed. Therefore, I review it only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] I have considered carefully the recommendation and the applicable case law. The recommendation is detailed and well-reasoned. Finding no error, much less plain error, in the magistrate judge's reasoning and recommended disposition, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

---

    [1] This standard pertains even though plaintiff is proceeding *pro se*. **Morales-Fernandez**, 418 F.3d at 1122.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation and Order of United States Magistrate** [#12], filed June 19, 2008, is **APPROVED AND ADOPTED** as an order of this court;

2. That the Order to Show Cause [#7], filed August 21, 2006, is **DISCHARGED**; and

3. That this civil action is **DISMISSED** without prejudice for failure to exhaust administrative remedies.

Dated February **3**, 2009, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge